UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00093-WYD

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.  DANIEL T. VOGT,

        Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

        A Supervised Release Violation Hearing is set for **Thursday, July 26, 2012, at 11:00 a.m.**

        Dated:  July 6, 2012